**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **Juliana Burd,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 11-0689-CV-W-JTM** |
| | ) | |
| **Country Preferred Insurance Company,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After due consideration of the issues presented, and in light of plaintiff's failure to respond to this Court's order to show cause filed on September 8, 2011 [18], it is

**ORDERED** that the *Motion For Release of Records,* filed July 27, 2011 [Doc. 7] is **GRANTED**. Accordingly, counsel for Defendant Country Preferred Insurance Company may review Plaintiff Juliana Burd's medical chart received from Family Medicine Specialists (Dr. Stastny).

_____*/s/ John T. Maughmer*_____
**JOHN T. MAUGHMER
U. S. MAGISTRATE JUDGE**